**IT IS ORDERED as set forth below:**

**Date: March 11, 2019**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CASE NO 18-71744-WLH |
| : | |
| **DAVID ANTHONY GLASGOW** : | CHAPTER 7 |
| Debtor : | |
| --------------------------------- | --------------------------------- |
| **WILMINGTON SAVINGS FUND** : | |
| **SOCIETY, FSB, D/B/A CHRISTIANA** : | |
| **TRUST, NOT IN ITS INDIVIDUAL** : | |
| **CAPACITY BUT SOLELY AS TRUSTEE** : | |
| **FOR BROUGHAM FUND I TRUST,** : | |
| Movant, : | |
| : | **CONTESTED MATTER** |
| vs. : | |
| : | |
| **DAVID ANTHONY GLASGOW** : | |
| **S. GREGORY HAYS, Trustee** : | |
| Respondents. : | |
| : | |

## ORDER MODIFYING AUTOMATIC STAY

WILMINGTON SAVINGS FUND SOCIETY,FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief

from Automatic Stay (the "Motion") February 14, 2019, which was set for hearing **March 6, 2019** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Gwinnett County, Georgia, now or formerly known as 2675 Fort Apachee Trail, DACULA, GA 30019 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion.

Movant asserts that the Motion was properly served and hearing properly noticed. Neither Debtor nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful claim of Movant shall be promptly remitted to the Chapter 7 Trustee. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

### [END OF DOCUMENT]

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

David Anthony Glasgow
2675 Fort Apachee Trail
Dacula, GA 30019

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

United States Trustee
Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071